BERTHA MICHAEL, Respondent, v. ALBERT BROTHERS et al., Defendants. MABEL ALBERT, Appellant.— Orders affirmed, with $10 costs and disbursements. All concur. (The order entered February 15, 1947, amends a judgment *nunc pro tunc* and dismisses the motion; the order entered April 18, 1947, resettles the previous order.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

CHARLES BROCKLER, Respondent, v. SYMINGTON-GOULD CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants plaintiff's motion for an inspection and discovery before trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORNE LALLY, Appellant.— Order affirmed, without costs. All concur. (The order denies defendant's motion to vacate judgment of conviction for murder, second degree, without prejudice to any rights he might have in a habeas corpus proceeding.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post,* p. 840.]

In the Matter of the Probate of the Will of DANIEL B. LEARY, Deceased. MABEL O. LEARY et al., Appellants; ADELLE H. LAND, Respondent.— Decree and order affirmed, with costs. Memorandum: Insofar as the appeal brings up for review the order of the Surrogate, even had the witness been compelled to answer, in our judgment it would not have changed the result. All concur. (The decree admits a will to probate after trial of issues of fact before MUNSON, J., and a jury. The order denies contestants' motion to strike out objections to questions propounded to proponent on an examination before trial and to direct her to answer or claim her privilege.) Present — Taylor, P. J., McCurn, Larkin and Love, JJ.

ALBERT J. VIELE, Appellant, v. ROCHESTER TRANSIT CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in a bus line negligence action. The order denies plaintiff's motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

SYRACUSE HOUSING AUTHORITY, Respondent, v. MARY COLGIOVANNI, Appellant.— Final order affirmed, without costs of this appeal to either party. All concur, except Harris and Larkin, JJ., who dissent and vote for reversal and for dismissal of the proceeding in the following memorandum: The Federal regulations apply to this property and the ground on which the attempt is made to revoke the lease and remove the tenant is not a ground recognized by those regulations. (The final order affirms a judgment of Syracuse Municipal Court which granted a warrant of eviction.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [191 Misc. 728.] [274 App. Div. 851.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RUTKOWSKI, Appellant.— Judgment of conviction affirmed. All concur, except Larkin, J., who dissents and votes for reversal and for granting a new trial. (The judgment convicts defendant of the crimes of robbery, first degree, and grand larceny, first degree.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.